DELATOUR BEVERAGE CORPORATION, Appellant, v. WASHINGTON SQUARE METHODIST EPISCOPAL CHURCH, Respondent.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Rich, Kelly, Jaycox, Kelby and Young, JJ., concur.